Brown *vs.* Roberts &. Foote.

No. 76.—James W. Brown, plaintiff in error, *vs.* Roberts & Foote, defendants in error. James W. Brown, plaintiff. in error, *vs.* E. F. Woods & Co. defendants in error.

[1.] Process sued out of the Inferior Court, bearing test in the name of one of the Justices, is sufficient and legal.

Application for certiorari. Decision by Judge Powers, 20th June, 1855.

Roberts & Foote sued James W. Brown in Dooly Inferior Court. The process bore test in the name of but one Justice. Brown applied to Judge Powers for a *certiorari*, in order to declare the said process void. The refusal to grant the writ, is the error assigned in this case.

The same is the only point made in the case of Brown *vs.* Woods & Co.

Dawson, for plaintiff in error.

Cook & Montfort, for defendant in error.

*By the Court.*—McDonald, J. delivering the opinion.

[1.] The two cases above stated, depending on the same point, were consolidated.

The Judge, in our judgment, very properly refused to sanction the writs of *certiorari*. The processes bore test properly. The Act has reference to process issued from the Superior and Inferior Courts. The Superior Courts have but one Judge; the Inferior Courts have five Justices. There might have been some plausibility in the exception, if the Statute had declared that the process should bear test in the name of the Judge or Justices of such Court. Instead of that, it directs that it shall bear test in the name of *one* of the Judges or Justices of such Court.

Judgment affirmed.